## MEMORANDUM.

SCHUCHARDT *vs.* THE MAYOR &c. OF THE CITY OF
NEW YORK.

THIS case is reported in 59 *Barbour*, 295. The judges
before whom it was heard having disagreed, the same was,
(as is stated in the report,) sent to the 2d Department for
hearing. It was again argued, before Justices J. F. BAR-
NARD, GILBERT and TAPPEN, at a general term held at
Brooklyn, in April 1871, and at a general term held at
the same place in December 1871, the judgment rendered
at the special term was reversed, vacated and set aside, and
judgment ordered for the plaintiff, upon the complaint,
with costs, with leave to the defendants to answer; thus
sustaining the opinion and decision of Justice INGRAHAM,
contained in the former report. (59 *Barb.* 307.)